UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JENOLITA BURLEY KIKTA,

               Plaintiff,

      -v-                             5:15-CV-60
                                     (DNH/ATB)

CAROLYN W. COLVIN,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

Olinsky Law Group                   HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff
300 S. State Street
Suite 420
Syracuse, NY 13202

Social Security Administration        GRAHAM MORRISON, ESQ.
Attorneys for Defendant              Special Asst. U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Jenolita Burley Kikta filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income benefits and disability insurance benefits under the Social Security Act. By Report-Recommendation dated February 9, 2016, the Honorable Andrew T. Baxter, United States

Magistrate Judge, recommended that the decision of the Commissioner be affirmed and that plaintiff's complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

Plaintiff's complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: March 2, 2016
       Utica, New York